

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00097-CV

## IN RE BIG CREEK CONSTRUCTION, LTD.
## AND RICHARD EAKER

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator filed a petition for writ of mandamus asking this Court to direct the trial court to withdraw the March 5, 2018 Order Denying Defendants' Motion to Compel Mental Examination Pursuant to Rule 204.1 and to order the Rule 204.1 examination of Billy Stevens.

Relator's Petition for Writ of Mandamus was filed on March 19, 2018. The real party in interest filed a response on March 21, 2018. The response, while being titled as addressing only the motion for emergency relief, also requested that the relief requested in the mandamus be denied. Accordingly we believe, based on the relief requested and

the content of the response, that the response is effectively a response to the petition for writ of mandamus such that we do not need to request a response before ruling. *See* TEX.R.APP.P 53.3.

Without recitation of the facts of the case and discussion of the applicable law, of which the parties are well aware, based on the Texas Supreme Court's opinion in *In re H.E.B*, and the authorities cited therein, Respondent abused its discretion by failing to order a mental examination of Billy Stevens. *In re H.E.B. Grocery Co.*, 492 S.W.3d 300 (Tex. 2016)( orig. proceeding). Accordingly, we conditionally grant Relator's Petition for Writ of Mandamus. A writ will issue only if Respondent fails to vacate its order issued on March 5, 2018, and order a mental examination of Billy Stevens pursuant to TEX.R.CIV.PROC. 204.1(d) and also notify this Court in writing that it has done so within 7 days from the date of this opinion. Relator's motion for stay is dismissed as moot[1].

AL SCOGGINS
Justice

---

[1] Notwithstanding that the Court is granting the requested relief, we are concerned with the extent of havoc this allows a party to create in the orderly management of the trial court's docket. Moreover, we expressly disavow the petition's statement that this "Court has ruled [ ] Mr. Stevens should not be deposed in this case based on his cognitive state." We have made no such ruling.

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition conditionally granted; motion dismissed as moot
Opinion delivered and filed March 21, 2018
[OT06]

